UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| NICOLE BEVERLY SILVERBERG, | Case No. 2:25-cv-01314-APG-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| STEVEN BONOMO, PANORAMA TOWERS CONDOMINIUM OWNER'S ASSOCIATION, MICHAEL STEIN, DAVID SALAV, MAHSHEED PARSONS, DENNIS KARIGER, FIRSTSERVICE RESIDENTIAL LLC, | |
| Defendants. | |

Before the Court is Plaintiff's Motion for Pro Se Litigant to File Electronically. ECF No. 7. Under Local Rule IC 2-1(b), a "pro se litigant may request the court's authorization to register as a filer in a specific case."

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Pro Se Litigant to File Electronically (ECF No. 7) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall forward the Consent for Electronic Service of Documents (ECF No. 6) to the Help Desk to configure Plaintiff's CM/ECF account. Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to configure her CM/ECF account.

Dated this 25th day of July, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1