UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE BEVERLY SILVERBERG, | Case No.: 2:25-cv-01314-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| STEVEN BONOMO, et al., | |
| Defendants | |

Plaintiff Nicole Silverberg moves for a temporary restraining order and preliminary injunction against the defendants related to her rental of a condominium unit at the Panorama Towers. Silverberg states that she has not provided the defendants with notice "due to the immediate and irreparable harm posed by ongoing sales, harassment, and surveillance," and notice "would enable further concealment, sales, or retaliatory acts, defeating the purpose of emergency relief." ECF No. 8 at 2.

I decline to address Silverberg's motion without notice to the defendants. She has not presented sufficient evidence to support the extraordinary relief of an injunction without giving the defendants notice and an opportunity to be heard. *See Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 22 (2008) (stating that injunctive relief is "an extraordinary remedy that may only be awarded upon a clear showing that the plaintiff is entitled to such relief"). Consequently, I will address Silverberg's motions in the ordinary course after the defendants have been served and appeared in this action.

I THEREFORE ORDER plaintiff Nicole Silverberg to serve the defendants with the summons, complaint, motions for injunctive relief, and a copy of this order in compliance with Federal Rule of Civil Procedure 4.

I FURTHER ORDER that the defendants shall respond to the plaintiff's motions for injunctive relief 14 days after being properly served.

DATED this 28th day of July, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE