UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NICOLE BEVERLY SILVERBERG, | Case No. 2:25-cv-01314-APG-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| STEVEN BONOMO, et al., | |
| Defendants. | |

Pending before the Court are Plaintiff's Motions to Extend Time to Effect Service, Correct Proposed Summons, and Leave to Serve by Certified Mail. ECF Nos. 18, 19, 20, 21.

**I.   Discussion**

In the above Motions, which largely overlap, Plaintiff seeks orders extending what she believes to be an August 13, 2025 due date to effect service on all Defendants, correcting the addresses of certain Defendants, issuing revised summonses, granting leave to serve Defendant Panorama Towers through the Nevada Secretary of State, and granting leave to serve Defendants David Salav and First Service Residential via certified mail. While Plaintiff cites to the Court's July 30 Order as the source of a supposed 14-day deadline to effect service, that Order imposed no such deadline. ECF No. 12. Rather, the Order set a 14-day deadline for Defendants to respond to Plaintiff's Complaint after they are served. *Id*. at 2. The deadline to effect service is set by Federal Rule of Civil Procedure 4(m), which requires service to occur no later than "90 days after the complaint is filed." The Complaint was filed on July 18, 2025. Thus, service must be accomplished no later than October 16, 2025. Plaintiff's Motions seeking to extend service (ECF Nos. 18, 21) are denied as moot.

Further, in Plaintiff's Motion at ECF No. 20, she cites NRS § 14.090 as allowing service via certified mail "when traditional service is impractical." ECF No. 20 at 2. This statute applies only when a party's residence is inaccessible except through a gate. NRS § 14.090. Plaintiff does not represent this is the case here. Therefore, the Court denies ECF No. 20.

1

Finally, Plaintiff represents that previously issued summonses contain incorrect addresses for Defendants Mahsheed Parsons and First Service Residential's registered agent.[1] ECF No. 19. However, Plaintiff's Motion only includes an updated address for Mr. Parsons. *Id*. at 2. The information provided for First Service Residential is solely that its registered agent resides in Carson City, Nevada. *Id*. The Court grants Plaintiff's Motion to correct the summonses to the extent she seeks a reissued summons for Defendant Parsons. Before a revised summons will be issued for First Service Residential, Plaintiff must provide a full and correct address for service.

**II.    Order**

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motions to Extend Time to Effect Service (ECF Nos. 18, 21) are DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion to Correct Proposed Summons (ECF No. 19) is GRANTED in part and DENIED in part. The Clerk of Court is directed to reissue a summons for Defendant Mahsheed Parsons, 4525 Dean Martin Drive, Unit #3000, Las Vegas, NV 89103. Plaintiff's Motion to correct the proposed summons for First Service Residential is denied without prejudice.

IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to Serve Defendants Outside Clark County via Certified Mail (ECF No. 20) is DENIED.

Dated this 11th day of August, 2025.

                                                                                  _____
                                                                                  ELAYNA J. YOUCHAH
                                                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] This Motion also states that no resident agent is available for Defendant Panorama Towers Condominium Owners' Association. The Panorama Towers Condominium Unit Owners' Association, Inc. is a Nevada corporation. Plaintiff is to review how service on corporations may be accomplished prior to filing another motion before the Court seeking alternative service. Fed. R. Civ. P. 4(h).