UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NICOLE BEVERLY SILVERBERG, | Case No. 2:25-cv-01314-APG-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| STEVEN BONOMO, et al., | |
| Defendants. | |

On August 11, 2025, the Court entered an Order granting Plaintiff's request to correct the proposed summons for Defendant Mahsheed Parsons. ECF No. 23. Sometime after that Order was issued, Plaintiff provided corrected addresses for Defendants Panorama Towers Condominium Unit Owners' Association and First Service Residential. ECF No. 22. The Court grants Plaintiff's Motion to correct these summonses and denies the Motion with respect to Mr. Parsons as moot.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Correct (ECF No. 22) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that the Clerk of Court is directed to reissue a summons for Defendants Panorama Towers Condominium Unit Owners' Association and First Service Residential at the addresses that appear on page 2 of ECF No. 22.

IT IS FURTHER ORDERED that Plaintiff's Motion to Correct (ECF No. 22) as to Defendant Mahsheed Parsons is DENIED as moot.

Dated this 12th day of August, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1