UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NICOLE BEVERLY SILVERBERG,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN BONOMO, et al.,<br><br>Defendants. | Case No. 2:25-cv-01314-APG-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's third Motion pertaining to serving process (ECF Nos. 18, 20, 21, and 28) and second Motion seeking to extend the time to serve Defendants. ECF Nos. 18, 28. The instant Motion to Extend Service Deadline under Rule 4(m) and to Confirm Defendants' 14 day Response Deadline (ECF No. 28) explains that Plaintiff has experienced some significant difficulties that, in turn, demonstrate good cause for one more extension of time. Plaintiff is advised that no further extensions will be granted.

With respect to Plaintiff's request to confirm Defendants' due date for a response, the Court's prior Order makes clear that the 14 day response date applies only to "plaintiff's motions for injunctive relief" and not to Defendants' response to Plaintiff's Complaint. ECF No. 12. Further, the 14 day response deadline runs from service of Plaintiff's Motions for Preliminary Injunction, which she has now filed a second time. *Id*.; ECF No. 27.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Service Deadline under Rule 4(m) and to Confirm Defendants' 14 day Response Deadline (ECF No. 28) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff has through and including **November 14, 2025** to effect service of process on Defendants.

IT IS FURTHER ORDERED that, as previously stated, Plaintiff "must serve the defendants with the summons, complaint, motions for injunctive relief, and a copy of this order in compliance with Federal Rule of Civil Procedure 4."

1       IT IS FURTHER ORDERED that responses to Plaintiff's Complaint are due twenty-on (21) days after service is effected.

         IT IS FURTHER ORDERED that each Defendants' response to Plaintiff's Motions for Injunctive Relief is due fourteen (14) days after service.

         Dated this 29th day of September, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE