UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NICOLE BEVERLY SILVERBERG,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN BONOMO, et al.,<br><br>Defendants. | Case No. 2:25-cv-01314-APG-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motions for Leave to Serve Defendants David Salav, Steven Bonomo, Mahsheed Parsons, and Dennis Kariger by alternative means. ECF Nos. 36, 40. Plaintiff offers her own affidavits, not affidavits of the process servers, as evidence of reasonable attempts to serve these defendants. ECF Nos. 35, 27, 38, 39. Plaintiff must file the affidavits of service by each process server before her Motions for Leave to Serve at ECF Nos. 36 and 40 will be considered by the Court.

Dated this 23rd day of October, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1