UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE B. SILVERBERG,<br><br>    Plaintiff<br><br>v.<br><br>STEVEN BONOMO, et al.,<br><br>    Defendants | Case No.: 2:25-cv-01314-APG-EJY<br><br>**Order**<br><br>[ECF Nos. 55, 56] |

I ORDER that plaintiff Nicole Silverberg's motions for entry of clerk's default (ECF Nos. 55, 56) are DENIED because defendant FirstService Residential, LLC has appeared and filed an answer. *See* ECF No. 64.

DATED this 25th day of November, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE