**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICOLE B. SILVERBERG,<br><br>Plaintiff<br><br>v.<br><br>STEVEN BONOMO, et al.,<br><br>Defendants | Case No.: 2:25-cv-01314-APG-EJY<br><br>**Order Setting Hearing on Pending Motions**<br><br>[ECF Nos. 98, 107, 121, 137, 152, 158, 165, 168] |

I will conduct a hearing to announce my decisions on all pending motions on Friday, September 25, 2026 at 10:00 a.m. in Las Vegas courtroom 6C. No formal order will issue after the hearing so parties wanting to know the outcome of those motions are encouraged to attend.

DATED this 17th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE