**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NICOLE B. SILVERBERG,

Plaintiff

v.

STEVEN BONOMO, et al.,

Defendants

Case No.: 2:25-cv-01314-APG-EJY

**Order Granting Motion to Cancel Lis Pendens**

[ECF No. 168]

Steven Bonomo moves to expunge and cancel the lis pendens plaintiff Nicole Silverberg recorded in relation to this lawsuit. ECF No. 168. Silverberg did not respond. I therefore grant the motion as unopposed. LR 7-2(d). Additionally, the requested relief is warranted in light of my order dismissing this case. *See* Nev. Rev. Stat. § 14.015(5).

I THEREFORE ORDER that Bonomo's motion to expunge and cancel the lis pendens **(ECF No. 168) is GRANTED.** I order the cancellation of the notice of lis pendens that Nicole Silverbeg recorded on October 30, 2025 as Instrument No. 20251030-0002155 in the Official Records of the Clark County Recorder against the real property commonly known as 4525 Dean Martin Drive, Unit 1507, Las Vegas, Nevada 89103, APN 162- 20-311-151. This cancellation has the same effect as an expungement of the original notice.

I FURTHER ORDER Silverberg to record a copy of this order with the Clark County Recorder's office within seven days. If she fails to do so, Bonomo may record it.

DATED this 25th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE